UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DASEAN BUSSEY and IRA THOMAS,

                                Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
BIJOU MATTHEW, shield # 12287, LIEUTENANT
DANIEL CAMPBELL, POLICE OFFICER
FERNANDO GARCIA, Shield # 1149, POLICE
OFFICERS JOHN/JANE DOE(S) #S 1-10,

                                Defendants.
------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

CV 13-2684 (SLT) (RML)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

            1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

David Zelman, Esq.
*Attorney for Plaintiff*
612 Eastern Parkway
Brooklyn, New York 11225

_____
David Zelman
*Attorney for Plaintiffs*

Dated: New York, New York
OCT 2, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Bijou Matthew, Daniel Campbell and
Fernando Garcia*
100 Church Street
New York, New York 10007

_____
Brian J. Farrar
*Senior Counsel*

SO ORDERED:

_____
HON. SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE